# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00128-RLH-RJJ-1 |
| Respondent/Plaintiff, | **ORDER** |
| vs. | ( Motion to Vacate – #94) |
| JAMES KENNETH DAILEY, | (Motion to Consider Motion to Vacate a Protective Filing – # 95) |
| Petitioner/Defendant. | |

      Before the Court are Petitioner/Defendant James Kenneth Dailey's ("Dailey") **Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255** ("Motion to Vacate") (#94, filed June 8, 2016) and **Notice of Filing of Second or Successive Petition in the Ninth Circuit and Request to Consider Motion to Vacate Under 28 U.S.C. § 2255 (ECF No. 94) as a Protective Filing** ("Motion") (#95, filed June 17, 2016).

      In his Motion (#95) Dailey notifies the Court that he filed an application in the Court of Appeals for the Ninth Circuit ("Circuit Court") for leave to file a second or successive § 2255 motion in light of the Supreme Court's recent decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015). Additionally, Dailey requests that this Court issue an order holding his Motion to Vacate (#94) in abeyance and deeming it filed *nunc pro tunc* to the date of the original filing. *See* First First Am.

General Order 2015-03 (D. Nev. April 27, 2015); *see also Orona v. United States*, No. 16-70568, 2016 WL 3435692, at *2 (9th Cir. June 22, 2016) (per curium) (holding that "the filing of a second or successive application in our court tolls the 1-year statute of limitations ... until our court rules on the application"). The Court will grant Dailey's Motion.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Petitioner/Defendant James Kenneth Dailey's Notice of Filing of Second or Successive Petition in the Ninth Circuit and Request to Consider Motion to Vacate Under 28 U.S.C. § 2255 (ECF No. 94) as a Protective Filing (#95) is GRANTED. Dailey's Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 (#94) is stayed pending the Circuit Court's consideration of his application to file a second or successive § 2255 motion.

IT IS FURTHER ORDERED that the filing date of June 8, 2016 is preserved for statute of limitations purposes under *Johnson v. United States*, 135 S.Ct. 2551 (2015).

Dated: July 18, 2016

_____
**ROGER L. HUNT**
**UNITED STATES DISTRICT JUDGE**