RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES KENNETH DAILEY,<br><br>　　　　　Defendant. | Case No. 2:03-cr-00128-APG-RJJ-1<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Cristina D. Silva, counsel for the United States of America, and Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defender Sylvia A. Irvin, counsel for James Kenneth Dailey, that the Status Hearing currently scheduled on March 19, 2019, be vacated and continued to the July 9, 2019 status date.

This Stipulation is entered into for the following reasons:

1.　Defense counsel has been appointed to evaluate whether Mr. Dailey is eligible for relief under the First Step Act, Section 404.

2.　Counsel asks for additional time to determine Mr. Dailey's eligibility for Section 404 relief.

3. A status hearing is already scheduled before this Court on July 9, 2019. ECF No. 125. That status hearing is to determine how the Court will proceed on a pending petition for a supervised release violation. *Id.*

4. Defense counsel will file a motion as to Mr. Dailey's eligibility before the July 9, 2019 status hearing, and early enough to allow sufficient time for government counsel to file a response.

5. The parties agree to the continuance.

This is the first request for a continuance of the status hearing.

DATED this 15th day of March, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */S/ Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By */s/ Cristina D. Silva*<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES KENNETH DAILY,<br><br>    Defendant. | Case No. 2:03-cr-00128-APG-RJJ-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Monday, March 18, 2019, at 10:30 a.m., be vacated and continued to July 9, 2019 at the hour of 9:30 a.m., or to a time and date convenient to the Court.

DATED this 18th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE